In the Matter of JACOB L. BRANDMARKER, an Attorney, Appellant.

ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Brandmarker*, 177 App. Div. 656, appeal dismissed.
(Submitted November 12, 1917; decided November 20, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 22, 1917, disbarring the appellant herein from practice as an attorney and counselor at law in the state of New York.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to entertain the appeal, the decision of the Appellate Division sustaining the facts having been unanimous and permission to appeal not having been obtained.

*Einar Chrystie* for motion.

*Alfred J. Talley* opposed.

Motion granted and appeal dismissed, without costs, on authority of *Matter of Mathot* (222 N. Y. 8).